**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARK TRECKI, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:14-cv-01142-RCJ-VCF |
| TRAVCO INSURANCE CO. et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |

This class action arises out of alleged underpayments for the actual cash value of vehicles characterized as total losses. Pending before the Court are a Motion to Compel Appraisal and Stay or Dismiss (ECF No. 6) and a Motion to Dismiss (ECF No. 7). The parties have stipulated to perform an appraisal and to stay the latter motion in the meantime.

///

///

///

///

///

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Compel Appraisal and Stay or Dismiss (ECF No. 6) is DENIED as moot, and the case is STAYED until January 2, 2015, on which date the response to the Motion to Dismiss (ECF No. 7) shall be due. A reply shall be due on January 9, 2015.

IT IS SO ORDERED.

Dated this 17th day of September, 2014.

_____
ROBERT C. JONES
United States District Judge