JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Telephone: (702) 896-2529
Facsimile:  (702) 896-0529
jsbaih@sbaihlaw.com
iolevic@sbaihlaw.com

BIRKA-WHITE LAW OFFICES
David M. Birka-White (*Pro Hac Vice*)
Mindy M. Wong (*Pro Hac Vice*)
65 Oak Court
Danville, CA 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970
dbw@birka-white.com
mwong@birka-white.com

*Attorneys for Plaintiff Mark Trecki*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK TRECKI, individually, and on behalf others similarly situated,<br><br>              Plaintiff,<br><br>vs.<br><br>TRAVCO INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; TRAVELERS CASUALTY AND SURETY COMPANY OF CONNECTICUT; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA; and DOES I – V and  ROES VI – X, inclusive,<br><br>              Defendants. | Case No.:  2:14-cv-01142-RCJ-VCF<br><br>**NOTICE OF WITHDRAWAL OF CO-COUNSEL AND [PROPOSED] ORDER** |

Case No. 2:14-cv-01142-RCJ-VCF
NOTICE OF WITHDRAWAL OF CO-COUNSEL AND [PROPOSED] ORDER

1  COMES NOW, David M. Birka-White and Mindy M. Wong of Birka-White Law Offices, who hereby withdraw as co-counsel in the above-captioned case. Withdrawal will neither prejudice Plaintiff Mark Trecki ("Plaintiff") nor delay discovery, trial, or any hearing in this case, as Plaintiff has been and will continue to be represented by co-counsel Jesse M. Sbaih of Jesse M. Sbaih & Associates, Ltd. Mr. Sbaih initially filed the pleadings in this case and is familiar with the issues presented.

Dated: December 27, 2014             BIRKA-WHITE LAW OFFICES

By: __/s/ Mindy M. Wong_____

David M. Birka-White (*Pro Hac Vice*)
Mindy M. Wong (*Pro Hac Vice*)
65 Oak Court
Danville, CA 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970
E-mail: dbw@birka-white.com
           mwong@birka-white.com

JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Telephone: (702) 896-2529
Facsimile: (702) 896-0529
E-mail: jsbaih@sbaihlaw.com
           iolevic@sbaihlaw.com

Attorneys for Plaintiff
MARK TRECKI

**ORDER**

IT IS SO ORDERED.

Dated: January 2, 2015

_____
U.S. MAGISTRATE JUDGE