ABRAN VIGIL
Nevada Bar No. 7548
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, NV 89106-4617
Telephone:   (702) 868-7523
Facsimile:    (702) 471-7070
E-Mail:        vigila@ballardspahr.com

MARK HANOVER (*pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, 7800
Chicago, IL 60606
Telephone:   (312) 876-8000
Facsimile:    (312) 876-7934
E-Mail:        *mark.hanover@dentons.com*

Attorneys for Defendants
TRAVCO INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY; TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA;
TRAVELERS CASUALTY COMPANY OF
CONNECTICUT; TRAVELERS
CASUALTY INSURANCE COMPANY OF
AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARK TRECKI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVCO INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; TRAVELERS CASUALTY AND SURETY COMPANY OF CONNECTICUT; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, and DOES I-V and ROES VI-X, inclusive;<br><br>Defendants. | Case No.: 2:14-cv-01142-RCI-VCF<br><br>**STIPULATION OF DISMISSAL AND PROPOSED ORDER THEREON** |

**STIPULATION**

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate that this action be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

IT IS SO STIPULATED.

Dated: February 24, 2015

| JESSE SBAIH & ASSOCIATES, LTD | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Jesse Sbaih<br>JESSE SBAIH<br>JESSE SBAIH & ASSOCIATES, LTD<br>170 S. Green Valley Parkway, Ste. 280<br>Henderson, NV 89012<br>Telephone:  (702) 896-2529<br>Facsimile:  (702) 896-0529<br>E-Mail:  jsbaih@sbaihlaw.com<br><br>Attorneys for Plaintiff<br>MARK TRECKI | By: /s/ Abran Vigil<br>ABRAN VIGIL<br>100 North City Parkway, Suite 1750<br>Las Vegas, NV 89106-4617<br>Telephone:  (702) 868-7523<br>Facsimile:  (702) 471-7070<br>E-Mail:  vigila@ballardspahr.com<br><br>Attorneys for Defendants<br>TRAVCO INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; TRAVELERS CASUALTY COMPANY OF CONNECTICUT; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA |

**IT IS SO ORDERED:**

Dated:  _____, 2015

_____
U.S. DISTRICT/MAGISTRATE JUDGE

83829828

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000