ABRAN VIGIL
Nevada Bar No. 7548
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, NV 89106-4617
Telephone: (702) 868-7523
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com

MARK HANOVER (*pro hac vi[ce]*)
DENTONS US LLP
233 South Wacker Drive, 7800
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
E-Mail: *mark.hanover@de[ntons.com]*

[sticky note: Anthony M Tracy, 106 Boysenberry Lane, Henderson, NV 89074]

Attorneys for Defendants
TRAVCO INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY; TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA;
TRAVELERS CASUALTY COMPANY OF
CONNECTICUT; TRAVELERS
CASUALTY INSURANCE COMPANY OF
AMERICA

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARK TRECKI, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>TRAVCO INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; TRAVELERS CASUALTY AND SURETY COMPANY OF CONNECTICUT; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, and DOES I-V and ROES VI-X, inclusive;<br><br>    Defendants. | Case No.: 2:14-cv-01142-RCI-VCF<br><br>**STIPULATION OF DISMISSAL AND PROPOSED ORDER THEREON** |

-1-

# STIPULATION

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate that this action be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

IT IS SO STIPULATED.

Dated: February 24, 2015

JESSE SBAIH & ASSOCIATES, LTD

By: /s/ Jesse Sbaih
    JESSE SBAIH
    JESSE SBAIH & ASSOCIATES, LTD
    170 S. Green Valley Parkway, Ste. 280
    Henderson, NV 89012
    Telephone: (702) 896-2529
    Facsimile: (702) 896-0529
    E-Mail: jsbaih@sbaihlaw.com

Attorneys for Plaintiff
MARK TRECKI

BALLARD SPAHR LLP

By: /s/ Abran Vigil
    ABRAN VIGIL
    100 North City Parkway, Suite 1750
    Las Vegas, NV 89106-4617
    Telephone: (702) 868-7523
    Facsimile: (702) 471-7070
    E-Mail: vigila@ballardspahr.com

Attorneys for Defendants
TRAVCO INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY; TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA;
TRAVELERS CASUALTY COMPANY OF
CONNECTICUT; TRAVELERS
CASUALTY INSURANCE COMPANY OF
AMERICA

**IT IS SO ORDERED:**

Dated: February 25, 2015.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000